In the Matter of the Assignment of ADOLPH VIETOR,
Doing Business under the Firm Name of FREDERICK
PROBST & COMPANY.

BANK OF NEW YORK NATIONAL BANKING ASSOCIATION,
Appellant; JOSEPH M. PROSKAUER, Assignee,
Respondent.

*Matter of Vietor,* 183 App. Div. 883, affirmed.

(Submitted November 12, 1918; decided November 26, 1918.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 7, 1918, which affirmed an order
of Special Term allowing on the claim of the appellant
herein the sum of $63,381.27, being the difference between
$133,030.23, the amount of said claim as filed, and
$69,648.96, the value of its collateral security. Appellant
claimed that it was entitled to dividends upon the total
amount of its claim as filed, that is, upon the amount
owing at the date of the assignment, and that it was
entitled to receive the full amount of such dividends as
well as to receive the proceeds of its security until the
debt shall have been paid in full. The following ques-
tions were certified: " (1) In the administration of an
estate, pursuant to the provisions of the Debtor and
Creditor Law, as amended by chapter 360 of the Laws
of 1914, shall an otherwise provable claim of a partially
secured creditor be allowed for the full amount owing
at the date of the assignment, payments from any
dividends declared thereon being limited by the balance
owing over and above the value of such security? (2)
In the administration of an estate, pursuant to the
provisions of the Debtor and Creditor Law, as amended
by chapter 360 of the Laws of 1914, shall an otherwise
provable claim of a partially secured creditor be allowed
only for the difference between the amount owing at the
date of the assignment and the value of the security
held by claimant for such debt or claim, dividends being
computed only upon such difference? "

*Karl T. Frederick* and *John Henry Mottola* for appellant. *James N. Rosenberg* and *Franklin P. Schaffer* for respondent.

Order affirmed, with costs. First question certified not answered, second question answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.